### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| **VINCENTA NORRIS and CHARLES D. NORRIS (as Representative of the Estate of Jimmy E. Norris),** | § § § § | |
| **PLAINTIFFS** | § § | |
| *versus* | § § | **CIVIL ACTION NO. 1:21-cv-00476** |
| | § | |
| **UNITED STATES PRECIOUS METALS, LLC, SPINDLETOP COINS, INC., And NATHAN CAMP** | § § § § | |
| **DEFENDANTS** | § | |

## MOTION FOR DISMISSAL

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

**COME NOW**, Plaintiffs, **Vincenta Norris** and **Charles D. Norris** (as Personal Representative of the Estate of Jimmy E. Norris) and files this Motion for Dismissal without prejudice and respectfully show this Honorable Court as follows:

### I.

During the process of reaching an agreement on accepting service, the parties resolved all disputes and matters in controversy between them. Settlement documents are being exchanged and this matter should be fully resolved shortly. The Plaintiffs move for an order dismissing without prejudice this action on file herein as related to the parties.

### II.

The Plaintiff agrees to accept all court fees incurred.

1

**III.**

The Plaintiffs request the Court to sign and enter the proposed Dismissal Order without prejudice filed with this Motion.

WHEREFORE PREMISE CONSIDERED, the Plaintiffs, **Vincenta Norris** and **Charles D. Norris** (as Personal Representative of the Estate of Jimmy E. Norris) request the Court grant this Motion for Dismissal without prejudice this cause of action in the above-captioned case, and to tax all costs, expenses and attorneys' fees against the party incurring same.

    Respectfully submitted,

    **STEVENS BALDO & LIGHTY, PLLC**
    550 Fannin Street, Suite 700
    Beaumont, TX 77701
    (409) 835-5200
    (409) 838-5638(f)

    By: */s/ R. Lyn Stevens*_____
        R. Lyn Stevens
        State Bar No. 19189020

        **ATTORNEYS FOR PLAINTIFFS, VINCENTA NORRIS AND CHARLES D. NORRIS (PERSONAL REPRESETATIVE OF THE ESTATE OF JIMMY E. NORRIS)**