IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| VINCENTA NORRIS and CHARLES D. NORRIS (as Representative of the Estate of Jimmy E. Norris), | § § § § | |
| PLAINTIFFS | § § | |
| v. | § § | CIVIL ACTION NO. 1:21-CV-00476 JUDGE MICHAEL J. TRUNCALE |
| UNITED STATES PRECIOUS METALS, LLC, SPINDLETOP COINS, INC., and NATHAN CAMP | § § § § | |
| DEFENDANTS | § § | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is Plaintiffs' Motion for Dismissal. [Dkt. 3]. The Plaintiff has advised the Court that the Parties have resolved all disputes and matters in controversy in this matter.

It is therefore ORDERED that Plaintiffs' Motion for Dismissal [Dkt. 3] is GRANTED and this case is DISMISSED WITHOUT PREJUDICE, and the Parties shall bear their own attorneys' fees and costs.

It is further ORDERED that all Court dates and pending deadlines are hereby vacated, and all pending motions in this matter be DENIED as moot.

**SIGNED this 5th day of January, 2022.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge